AO91 (Rev. 12/03)   Criminal Complaint                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Enrique VILLARREAL-Ortiz<br>AKA Jorge VILLARREAL-Ortiz<br>IAE<br>Mexico 1969 | Case Number: 7:19-po-09357 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 08, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Enrique VILLARREAL-Ortiz was encountered by Border Patrol Agents near Hidalgo, Texas on October 08, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on October 08, 2019 by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Shears-Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears-Jr, Cipriano    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 09, 2019                                              at    McAllen, Texas
Date                                                                      City/State

Juan F Alanis          Magistrate Judge
Name of Judge        Title of Judge                                Signature of Judge